**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION and AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DEPARTMENT OF STATE<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:11-cv-01072 (CKK)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

The parties, by and through their undersigned counsel, submit the following Joint Status Report and agreed production schedule.

1.　Plaintiffs filed their complaint in this action on June 9, 2011, seeking access, pursuant to the Freedom of Information Act, 5 U.S.C. § 552, to certain documents. *See* Dkt. 1. Defendants answered the complaint on July 14, 2011. *See* Dkt. 10.

2.　On July 14, 2011, the Court ordered the parties to meet and confer and, on or before July 25, 2011, to file a joint status report proposing a schedule for proceeding in this action.

3.　The parties have conferred and jointly propose the following schedule. Defendant will complete any remaining search and produce non-exempt, responsive documents subject to FOIA by September 30, 2011. The parties will then meet and confer, and on or before October 31, 2011, the parties will propose a briefing schedule for the resolution of any remaining issues of dispute. If the parties are able to resolve all remaining issues by that time, the parties will jointly inform the Court that dismissal of this case is appropriate.

Dated: July 22, 2011.                   Respectfully submitted,

*/s/ Ben Wizner*
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
of the Nation's Capital
1400 20th Street, N.W., Suite 119
Washington, DC 20036
Phone: (202) 457-0800
Fax: (202) 452-1868
artspitzer@aol.com

Ben Wizner
Dror Ladin
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Phone: (212) 549-2517
Fax: (212) 549-2654
bwizner@aclu.org
nsp_dl@aclu.org

Counsel for the Plaintiffs

TONY WEST
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director,
Federal Programs Branch

*/s/ Scott Risner*
SCOTT RISNER (MI Bar No. P70762)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 514-2395
Fax: (202) 616-8470
Email: scott.risner@usdoj.gov

Counsel for Defendants