**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION and AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>           Plaintiffs,<br><br>     v.<br><br>DEPARTMENT OF STATE,<br><br>           Defendant. | No. 1:11-CV-01072 (CKK) |

**DECLARATION OF NATHAN FREED WESSLER**

I, Nathan Freed Wessler, hereby declare and state as follows:

1. I am co-counsel for Plaintiffs in the above-captioned case. I make this declaration in support of Plaintiffs' Cross-Motion for Summary Judgment and in opposition to Defendant's Motion for Summary Judgment.

2. Attached hereto are true and correct copies of the following:

| Document | Exhibit |
|---|---|
| Plaintiffs' Freedom of Information Act Request (Apr. 12, 2011) | A |
| Department of State ("DOS") Letter Responding to Request and Denying Expedited Processing (Apr. 28, 2011) | B |
| Plaintiffs' Administrative Appeal to DOS (May 4, 2011) | C |
| DOS Letter Denying Administrative Appeal (May 23, 2011) | D |
| DOS Letter Explaining Results of Search for Responsive Records and Release of 11 Partially Redacted Records (Oct. 21, 2011) | E |
| Document E1 Released by DOS (Partially Redacted Version of Cable 05Paris1699) | F |

Document E2 Released by DOS (Partially Redacted Version of Cable 05Paris3118) ................................................................................................................. G

Document E3 Released by DOS (Partially Redacted Version of Cable 05TheHague1876) .......................................................................................................... H

Document E4 Released by DOS (Partially Redacted Version of Cable 06Bern141) ................................................................................................................... I

Document E7 Released by DOS (Partially Redacted Version of Cable 06TheHague2282) .......................................................................................................... J

Document E8 Released by DOS (Partially Redacted Version of Cable 06Lisbon2365) .............................................................................................................. K

Document E19 Released by DOS (Partially Redacted Version of Cable 08London2651) ............................................................................................................. L

Document E21 Released by DOS (Partially Redacted Version of Cable 09Madrid347) .............................................................................................................. M

Document E22 Released by DOS (Partially Redacted Version of Cable 09Madrid392) .............................................................................................................. N

Document E23 Released by DOS (Partially Redacted Version of Cable 09Madrid440) .............................................................................................................. O

Document E27 Released by DOS (Partially Redacted Version of Cable 10Luxembourg5) .......................................................................................................... P

Email from DOS Providing Revised Releases of Documents E3 and E7 (Dec. 22, 2011) ......................................................................................................... Q

Document E3 Released by DOS with Revisions to Redactions ................................. R

Document E7 Released by DOS with Revisions to Redactions ................................. S

Text of Cable 05Paris1699 (Identified by DOS as Document E1) Originally Published by Wikileaks on December 1, 2010 ........................................... T

Text of Cable 05Paris3118 (Identified by DOS as Document E2) Originally Published by Wikileaks on December 1, 2010 ........................................... U

Text of Cable 05TheHauge1876 (Identified by DOS as Document E3) Originally Published by Wikileaks on January 28, 2011 ............................................ V

Text of Cable 06Bern141 (Identified by DOS as Document E4) Originally
Published by Wikileaks on January 13, 2011 ................................................................W

Text of Cable 06Bern141 Republished by Wikileaks on May 2, 2011
Without Redactions .........................................................................................................X

Text of Cable 06Dublin1020 (Identified by DOS as Document E5)
Originally Published by Wikileaks on December 1, 2010.............................................Y

Text of Cable 06Bern1804 (Identified by DOS as Document E6)
Originally Published by Wikileaks on March 19, 2011.................................................Z

Text of Cable 06Bern1804 Republished by Wikileaks on September 8,
2011 With Minor Correction .......................................................................................AA

Text of Cable 06TheHague2282 (Identified by DOS as Document E7)
Originally Published by Wikileaks on January 23, 2011.......................................... AB

Text of Cable 06Lisbon2365 (Identified by DOS as Document E8)
Originally Published by Wikileaks on December 1, 2010......................................... AC

Text of Cable 07Berlin242 (Identified by DOS as Document E9)
Originally Published by Wikileaks on November 30, 2010 ......................................AD

Text of Cable 07Madrid1805 (Identified by DOS as Document E10)
Originally Published by Wikileaks on December 1, 2010......................................... AE

Text of Cable 07Tripoli943 (Identified by DOS as Document E11)
Originally Published by Wikileaks on December 1, 2010......................................... AF

Text of Cable 08London1412 (Identified by DOS as Document E13)
Originally Published by Wikileaks on December 2, 2010.........................................AG

Text of Cable 08Ottawa918 (Identified by DOS as Document E18)
Originally Published by Wikileaks on November 30, 2010 ......................................AH

Text of Cable 08London2651 (Identified by DOS as Document E19)
Originally Published by Wikileaks on December 1, 2010.......................................... AI

Text of Cable 08Islamabad3586 (Identified by DOS as Document E20)
Originally Published by Wikileaks on December 1, 2010.......................................... AJ

Text of Cable 09Madrid347 (Identified by DOS as Document E21)
Originally Published by Wikileaks on December 1, 2010.........................................AK

Text of Cable 09Madrid392 (Identified by DOS as Document E22) Originally Published by Wikileaks on December 1, 2010..........................................AL

Text of Cable 09Madrid440 (Identified by DOS as Document E23) Originally Published by Wikileaks on December 1, 2010.........................................AM

Text of Cable 09Riyadh670 (Identified by DOS as Document E24) Originally Published by Wikileaks on December 1, 2010..........................................AN

Text of Cable 09Riyadh670 Republished by Wikileaks on September 8, 2011 Without Redactions ........................................................................................AO

Text of Cable 09Tunis415 (Identified by DOS as Document E25) Originally Published by Wikileaks on December 1, 2010......................................... AP

Text of Cable 10Sanaa4 (Identified by DOS as Document E26) Originally Published by Wikileaks on November 30, 2010.........................................................AQ

Text of Cable 10Luxembourg5 (Identified by DOS as Document E27) Originally Published by Wikileaks on November 30, 2010 ......................................AR

Text of Cable 10Rome174 (Identified by DOS as Document E28) Originally Published by Wikileaks March 19, 2011................................................. AS

3.  I have reviewed records released by Defendant Department of State ("State Department" or "DOS") pursuant to the Freedom of Information Act ("FOIA") request giving rise to this litigation, as well as other publicly available sources of information and records.

4.  Wikileaks is a not-for-profit organization that publishes original source materials from governments and other entities. During 2010, Wikileaks obtained 251,287 State Department embassy cables. The cables are written communications between U.S. embassies, State Department headquarters, and other State Department offices.

5.  The government has alleged that the cables were provided to Wikileaks by a Department of Defense employee, Private First Class Bradley E. Manning, who was acting without official authorization. The government is currently proceeding with a court martial of Manning for providing the cables to Wikileaks.

6. Five newspapers—the *New York Times*, the *Guardian*, *Le Monde*, *El Pais*, and *Der Spiegel*—were given advanced access to the cables prior to their publication on Wikileaks' website. On November 28, 2010, those newspapers began publishing a series of articles based on the cables provided by Wikileaks. The newspapers also published the full text of many of the cables. On the same day, Wikileaks began posting the cables to its website, http://www.wikileaks.org. Wikileaks initially added the cables in small batches, beginning with 220 documents on November 28, 2010. Wikileaks continued publishing additional cables over the course of 2010 and 2011.

7. The cables as initially published by Wikileaks included limited redactions of the names of some persons, including confidential informants, whistleblowers, and others. In September 2011, Wikileaks published online its entire archive of more than 250,000 cables, without redactions. *See* James Ball, *WikiLeaks Publishes Full Cache of Unredacted Cables*, Guardian, Sept. 2, 2011, http://www.guardian.co.uk/media/2011/sep/02/wikileaks-publishes-cache-unredacted-cables.

8. Among the cables released by Wikileaks over the course of 2010 and 2011 and re-released in September 2011 are the 23 cables sought by Plaintiffs' FOIA request. The date of Wikileaks' original publication of each cable requested by Plaintiffs follows. All 23 cables were re-released in September 2011, omitting any redactions that may have been included in the originally published versions.

    a. Cable 05Paris1699: December 1, 2010

    b. Cable 05Paris3118: December 1, 2010

    c. Cable05TheHauge1876: January 28, 2011

    d. Cable 06Bern141: January 13, 2011

    e.  Cable 06Dublin1020: December 1, 2010

    f.  Cable 06Bern1804: March 19, 2011

    g.  Cable 06TheHague2282: January 23, 2011

    h.  Cable 06Lisbon2365: December 1, 2010

    i.  Cable 07Berlin242: November 30, 2010

    j.  Cable 07Madrid1805: December 1, 2010

    k.  Cable 07Tripoli943: December 1, 2010

    l.  Cable 08London1412: December 2, 2010

    m.  Cable 08Ottawa918: November 30, 2010

    n.  Cable 08London2651: December 1, 2010

    o.  Cable 08Islamabad3586: December 1, 2010

    p.  Cable 09Madrid347: December 1, 2010

    q.  Cable 09Madrid392: December 1, 2010

    r.  Cable 09Madrid440: December 1, 2010

    s.  Cable 09Riyadh670: December 1, 2010

    t.  Cable 09Tunis415: December 1, 2010

    u.  Cable 10Sanaa4: November 30, 2010

    v.  Cable 10Luxembourg5: November 30, 2010

    w.  Cable 10Rome174: March 19, 2011

9.    The cables continue to be available on the Wikileaks website as well as on other websites, including http://www.cablegatesearch.net and http://cablesearch.org.  Selected cables are also available on the websites of major newspapers, including the *New York Times* and the *Guardian*.  *See A Selection from the Cache of Diplomatic Dispatches*, N.Y. Times,

http://www.nytimes.com/interactive/2010/11/28/world/20101128-cables-viewer.htm; *The U.S. Embassy Cables: The Documents*, Guardian, http://www.guardian.co.uk/world/series/us-embassy-cables-the-documents.

10.     State Department officials, including Secretary of State Hillary Rodham Clinton, have made multiple public statements acknowledging the publication of the cables by Wikileaks and the press.  *See, e.g.*, Hillary Rodham Clinton, Sec'y of State, Remarks to the Press on Release of Purportedly Confidential Documents by Wikileaks, (Nov. 29, 2010), http://www.state.gov/secretary/rm/2010/11/152078.htm ("[T]he United States deeply regrets the disclosure of any information that was intended to be confidential . . . ."); *id.* ("[W]e are taking aggressive steps to hold responsible those who stole this information."); Hillary Rodham Clinton, Sec'y of State, Town Hall on Empowering Civil Society for Central Asia's Future (Nov. 30, 2010), http://www.state.gov/secretary/rm/2010/11/152169.htm ("[W]e consider it regrettable that the information that was meant to be confidential has been made public."); Secretary Philip J. Crowley, Assistant Sec'y, Press Briefing (Dec. 1, 2010), http://www.state.gov/r/pa/prs/dpb/2010/12/152235.htm ("[S]omebody inside the United States Government who has authorized access to this material, downloaded it and passed it to someone who is not authorized to have it. That is a crime and we are investigating that crime and we'll hold the people responsible fully accountable."); Remarks by Secretary of State Clinton on Internet Freedom (Feb. 15, 2011),
http://translations.state.gov/st/english/texttrans/2011/02/20110215155718su0.3556896.html ("Fundamentally, the WikiLeaks incident began with an act of theft.  Government documents were stolen . . . .").

11. The Declaration of Sheryl L. Walters, submitted by the State Department in support of Defendant's Motion for Summary Judgment in this case, identifies the origin, date, length, and contents of each of the 23 cables requested by Plaintiffs, thereby confirming that each cable is an actual and authentic State Department document. *See* Decl. of Sheryl L. Walter ¶¶ 8, 35–76, ECF No. 17-2.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 23rd day of January 2012.

_____
Nathan Freed Wessler