# Exhibit AN

CABLE REFERENCE ID: #09RIYADH670                    0    **Tweet** 0

"All of them, those in power, and those who want the power, would pamper us, if we agreed to overlook their crookedness by wilfully restricting our activities."
— "Refus Global"  , Paul-Émile Borduas

Main • Full-text search • Private cart • Browse tags • Overview • History • Media • Crowdsource Central • Manning's alleged chat logs diff • Donate



| | |
|---|---|
| **Reference id** | 09RIYADH670          aka Wikileaks id #207396  ? |
| **Subject** | SPECIAL ADVISOR HOLBROOKE'S MEETING WITH SAUDI ASSISTANT INTERIOR MINISTER PRINCE MOHAMMED BIN NAYEF |
| **Origin** | Embassy Riyadh (Saudi Arabia) |
| **Cable time** | Sun, 17 May 2009 16:06 UTC |
| **Classification** | CONFIDENTIAL |
| **Source** | http://wikileaks.org/cable/2009/05/09RIYADH670.html |
| **Referenced by** | 09RIYADH695 |
| **History** | First published on Wed, 1 Dec 2010 00:01 UTC (original)<br>Modified on Thu, 1 Sep 2011 23:24 UTC (diff from original)<br>Modified on Thu, 8 Sep 2011 13:29 UTC (diff from original) |
| **Extras** | ? Comments |

VZCZCXYZ0003
OO RUEHWEB

DE RUEHRH #0670/01 1371606
ZNY CCCCC ZZH
O 171606Z MAY 09
FM AMEMBASSY RIYADH
TO RUEHC/SECSTATE WASHDC IMMEDIATE 0798
INFO RUEHAD/AMEMBASSY ABU DHABI IMMEDIATE 2489
RUEHIL/AMEMBASSY ISLAMABAD IMMEDIATE 4741
RUEHBUL/AMEMBASSY KABUL IMMEDIATE 0254
RUEHNE/AMEMBASSY NEW DELHI IMMEDIATE 0465
RUEHYN/AMEMBASSY SANAA IMMEDIATE 1648

Hide header

C O N F I D E N T I A L RIYADH 000670

SIPDIS

E.O. 12958: DECL: 05/17/2019
TAGS: PREL [[External Political Relations]] PTER [[Terrorists and Terrorism]] AF [[Afghanistan]] PK
[[Pakistan]] SA [[Saudi Arabia]] YM [[Yemen]]
SUBJECT: SPECIAL ADVISOR HOLBROOKE'S MEETING WITH SAUDI
ASSISTANT INTERIOR MINISTER PRINCE MOHAMMED BIN NAYEF

Classified By: CDA DAVID RUNDELL, 1.4(b),(d)

¶1. KEY POINTS:

-- (C) Ambassador Richard Holbrooke met in Riyadh May 16 with
HRH Prince Mohammed bin Nayef (MbN), Saudi Assistant Minister
of the Interior.

-- (C) Holbrooke emphasized that Afghanistan and Pakistan
should be treated as a closely inter-related problem. He
stressed U.S. desire for stronger cooperation and a common
U.S./Saudi approach to Pakistan based on economic assistance,
encouraging cooperation between Pakistani political factions,
and transforming the Pakistani army to fight a
counterinsurgency war.

-- (C) MbN noted the Saudis viewed the Pakistan army as the
strongest element for stability in the country. In reply
Holbrooke emphasized U.S. support for Pakistan's democracy
and said the U.S. opposed a military coup. MbN said he
agreed.

-- (C) MbN described Yemen as a dangerous failed state and a
growing threat to Saudi Arabia because it attracts Al-Qaeda
(AQ), said Yemeni President Saleh is losing control, and
outlined a Saudi strategy of co-opting Yemeni tribes with
assistance projects.

-- (C) MbN strongly supported President Obama's decision to
oppose release of photographs of U.S. detainee
interrogations, saying release would provide a boon to AQ,
and would be "the favor of their life."

PAKISTAN MUST NOT FAIL

¶2. (C) Holbrooke thanked the Prince for Saudi Arabia's $700
million pledge at the April 17 Pakistan donors'
conference in Japan. He said he had not come to make demands
or requests but simply to begin a consultative process. The
fact that three U.S. special envoys (Senator Mitchell, Dennis
Ross, and now Holbrooke) have visited Saudi Arabia
demonstrates the importance President Obama places on
U.S./Saudi relations and the Saudi role in the region.
Afghanistan and Pakistan were a major problem the new U.S.
administration had inherited.

¶3. (C) Success in Afghanistan was essential for U.S.
security as well as security in Europe and the Middle East,
Holbrooke continued. The U.S. might be able to live with
some degree of instability in Afghanistan, but not with an
unstable Pakistan, because of Pakistan's nuclear arms,
fragile politics, and relationship with India. He asked if
Saudi Arabia shared this conclusion. MbN said "Absolutely,"
a comment echoed precisely in Holbrooke's subsequent meetings
with King Abdullah and Foreign Minister Prince Saud al-Faisal
(septels). It's clear that Saudi Arabia has a "unique"
relationship with Pakistan, Holbrooke said. He noted that
over 800,000 Pakistanis live and work in Saudi Arabia. Saudi
Arabia was especially important to Nawaz Sharif, the most
popular politician in Pakistan. These were reasons why what
happened in Pakistan was of direct concern to both the U.S.
and Saudi Arabia.

¶4. (C) Holbrooke said the U.S. and Saudi Arabia shared a
common purpose on Pakistan but not yet a "common
collaboration." The purpose of his visit was thus to begin a
dialogue on Pakistan and seek a common policy. Neither the
U.S. nor Saudi Arabia could afford to let Pakistan fall
apart. There were three important issues to address:

-- Pakistan desperately needs economic assistance;
-- Even though the Saudis preferred Nawaz Sharif, Sharif and
Zardari need to be persuaded to work together;
-- The Pakistan army needs to restructure itself to fight
today's war against the Taliban rather than yesterday's war
against India.

If Pakistan fell apart, Holbrooke said, the consequences for
Saudi Arabia would be "unimaginable,"
especially if Pakistan's nuclear weapons fell into unfriendly
hands. ("God forbid!" interjected the Prince.)
"Under your leadership," Holbrooke told the Prince "Saudi
Arabia has defeated terror, but if Pakistan falls apart, the
result would be catastrophe."

¶5. (C) Holbrooke said the U.S. wanted to expand the
U.S./Saudi relationship concerning Pakistan. Saudi Arabia
could do a lot for Pakistan, he added, noting that economic

and social conditions in Pakistan created fertile ground for extremism. Zardari had many faults but he was democratically elected, so the U.S. tries to get him and Sharif to work together. Meanwhile, Holbrooke said, money for the Taliban flows in from the region.

¶6. (C) MbN said a vacuum in Islamabad would be dangerous. He described Pakistan army Chief of Staff General Kayani as a "decent man" who wanted to restore dignity to the army, and sought consensus support of all the civilian factions. The army was the Saudis' "winning horse," MbN said, but it needed to prepare to fight the current war against terror. Pakistani soldiers needed to be proud of their service, and not hide their identity as soldiers when they were off duty, MbN said. He had told Kayani that Pakistani troops needed to feel they were fighting for Pakistan and not the U.S. The Pakistani army had a "golden opportunity" because now Pakistan faced an external enemy. MbN emphasized that the army was Pakistan's "best bet" for stability. There were 800,000 Pakistanis and over one million Indians living in Saudi Arabia, MbN said, and millions more visited the Kingdom to make the Hajj pilgrimage, so anything that happened in Pakistan, or between Pakistan and India, was a threat to stability in Saudi Arabia.

¶7. (C) Holbrooke said he knew Kayani, with the Director of Pakistan's intelligence service (ISI), and General Pasha, and also Musharraf. He recalled the U.S. and Saudi Arabia had decided to support Musharraf in the aftermath of 9/11. This had been the right decision at the time but Musharraf had been a disappointment. The U.S. supported democracy in Pakistan, not any individual leader. Holbrooke repeated that the U.S. supported Zardari because he was elected, and emphasized that the U.S. was "100 percent opposed" to a military coup in Pakistan. MbN assured that Saudi Arabia would not support a coup either.

¶8. (C) He noted the U.S. agreed that corruption in Pakistan was an issue, but the U.S. had decided it was more important to help Pakistan. Attaching onerous conditions to assistance was a mistake, Holbrooke said. Since the U.S. and Saudi Arabia agreed on Pakistan's importance, the question was how to start working together. MbN answered that U.S./Saudi security cooperation should stay as it is, since it had "never been better" despite past tensions. Each side knew its own business best, and the focus should be on obtaining results. MbN characterized Saudi cooperation with U.S. law enforcement and intelligence agencies as "one team."

¶9. (C) Holbrooke reiterated that terrorists in Pakistan were not under enough pressure and pressed the point that U.S./Saudi cooperation on Pakistan needed to rise to a higher level. MbN replied that he had asked King Abdullah for permission to maintain a "security channel" with the U.S. to remain open at all times to facilitate information exchange regardless of other issues in bilateral relations. The Prince added that the King despised the corruption he saw in Pakistan and this colored his views toward that country.

"WE HAVE A PROBLEM CALLED YEMEN"

¶10. (C) Moving to a new subject, the Prince said "We have a problem called Yemen." AQ has found fertile ground there, he said. The geography was similar to Afghanistan, and many Yemenis were more sympathetic to AQ's goals than were the Afghans. Yemen is also closer to AQ targets and recruiting grounds in Saudi Arabia. The Saudis had detected a pattern of individuals coming to the Kingdom for Hajj or Umrah and then traveling south to Yemen ("it's only 400 miles," he noted) for training before returning to their home countries. Saudi forces have arrested Egyptians and

1/13/12
Case 1:11-cv-01072-CKK   Document 18-10   Filed 01/23/12   Page 5 of 33
Cable reference id: #09RIYADH670

Algerians, among others, who were attempting to do this.

¶11. (C) MbN described Yemen as a failed state that is "very, very, extremely dangerous," and required focus. The Huthi tribes were Takfiri and Shi'a "like Hizballah South," he said. This was a threat forming around Saudi Arabia that required action now. The Saudis would like Saleh to be a strong leader, MbN said, but "his vision of Yemen has shrunk to Sana'a," and he was losing control over the rest of the country. Saleh's old advisors were gone and now he relied on his son and other younger men who did not have good connections with the Yemeni tribes. In contrast, Saudi Arabia had good connections with the tribes, MbN said.

¶12. (C) MbN said the Saudis had established a bilateral council with Yemen that met twice a year to consider assistance projects. The Saudi representatives were the

Crown prince and the oil minister (Note: Crown Prince Sultan has been incapacitated by illness for at least he past year; it is not clear whether the bilateral council has continued to meet in his absence.) Saudi assistance to Yemen was not in the form of cash payments, MbN said, since cash tended to end up in Swiss banks. Instead the Saudis backed projects in the tribal areas of Yemen where AQ was hiding. The idea was that when Yemenis saw the concrete benefits of these projects they would push their leaders to eject the extremists. Saudi Arabia was counting on this strategy, MbN said, to persuade Yemenis to see extremists as criminals rather than heroes. Holbrooke replied that the U.S. understood Saudi concerns about Yemen, and would work with the Saudis to address the problem there.

TERRORISTS STOLE OUR FAITH

¶13. (C) Turning to another issue, MbN recalled that the day following President Obama's inauguration, White House counterterrorism advisor Brennan had telephoned to assure him the new president was committed to continuing the war on terror. "Terrorists stole the most valuable things we have," said the Prince. "They took our faith and our children and used them to attack us." It had not been easy to see Saudi involvement in 9/11 and other terrorist incidents, he said. AQ was smart in wanting to hit both the U.S. and Saudi Arabia. AQ's strategic goal was to hurt the U.S. and to take control of the Holy Cities of Mecca and Medina.

¶14. (C) MbN claimed that in 2003 radicals were present in "90 percent" of Saudi mosques. The current Saudi leadership had decided it needed to be on the front lines of the struggle against terrorism, that the task could not be left to the next generation, since AQ gained momentum every time it succeeded. The Saudis realized they could not fight back without public support, he said, and developed a strategy of working with families of suicide bombers and other extremists who had been killed. This approach involved providing support to the families and telling them their sons had been "victims" and not "criminals." This gave the families "a way out" and provided a public relations advantage to the government. "If you stop five but create fifty" new radicals, "that's dumb." MbN said. The Saudis measure their success against extremism by looking at levels of terrorist recruitment the number of successful operations, and they see a growing rejection of extremist violence. The Prince related an anecdote about an anti-terrorist operation in which the officer commanding Interior Ministry forces had discovered his cousin was the leader of the terrorists inside a surrounded building. MbN said he had offered to relieve the officer, but the latter had refused, and had insisted on leading the attack. The officer succeeded in defeating the terrorists while capturing his cousin alive.

¶15. (C) Saudi Arabia was not yet free of terrorism, MbN
said. Thus it remained important to defeat the terrorists on
the ground, in the media, and ideologically. The Saudis
wanted to do this in cooperation with the U.S., the Prince
said. Time was the key, and it was "not in our favor," he
added, so "we need to work fast."

¶16. (C) On terrorist financing, MbN said "We are trying to
do our best." Saudi Arabia has millions of visitors,
especially during Hajj. The Saudis are making arrests, but
are not making this public. Instead, the Saudi goal is to
make the public aware that donations could go to the wrong
places. MbN said that "if money wants to go" to terrorist
causes, "it will go," and that terrorist attacks were
inexpensive, "but let's make it harder." Holbrooke asked
what the Saudis would do with Pakistanis in Saudi Arabia who
financed terrorism. The Prince replied the suspects would be
tried in Shari'a courts with Wahhabi judges so that the
results of the judicial process could be used to condemn
extremist ideology.

A BIG FAVOR TO AL-QAEDA

¶17. (C) Holbrooke explained that President Obama had decided
to oppose release of 2000 photographs of U.S.
interrogations of terrorist suspects on grounds of national
security, and asked what the Saudi public reaction would be
to publication of these photos. MbN responded "You bet!" it
would be bad for security, and noted that following
publication of the first Abu Ghraib photos, Saudi authorities
had arrested 250 individuals trying to leave Saudi Arabia to
join extremist groups in Afghanistan. Release of more
pictures would give AQ "the favor of their life," said the

Prince. Saudi Arabia had fought very hard to defeat AQ on
the Internet, but he couldn,t see how to fight 2000 new
photos.

¶18. (U) Meeting participants

U.S.

XXXXXXXXXXXX
XXXXXXXXXXXX
XXXXXXXXXXXX
XXXXXXXXXXXX
XXXXXXXXXXXX
XXXXXXXXXXXX

Saudi Arabia

XXXXXXXXXXXX,
XXXXXXXXXXXX

XXXXXXXXXXXX,

XXXXXXXXXXXX,
XXXXXXXXXXXX,
XXXXXXXXXXXX

XXXXXXXXXXXX

¶19. (U) Amb. Holbrooke cleared this telegram.
RUNDELL

MEDIA

• Add media item for this cable..

COMMENTS

# Exhibit AO

## CABLE REFERENCE ID: #09RIYADH670

0    Tweet 0

"All of them, those in power, and those who want the power, would pamper us, if we agreed to overlook their crookedness by wilfully restricting our activities."
— "Rofus Global"   , Paul-Émile Borduas



| | |
|---|---|
| **Reference Id** | 09RIYADH670    aka Wikileaks id #207396  ? |
| **Subject** | SPECIAL ADVISOR HOLBROOKE'S MEETING WITH SAUDI ASSISTANT INTERIOR MINISTER PRINCE MOHAMMED BIN NAYEF |
| **Origin** | Embassy Riyadh (Saudi Arabia) |
| **Cable time** | Sun, 17 May 2009 16:06 UTC |
| **Classification** | CONFIDENTIAL |
| **Source** | http://wikileaks.org/cable/2009/05/09RIYADH670.html |
| **Referenced by** | 09RIYADH695 |
| **History** | First published on Wed, 1 Dec 2010 00:01 UTC (original)<br>Modified on Thu, 1 Sep 2011 23:24 UTC (diff from original)<br>Modified on Thu, 8 Sep 2011 13:29 UTC (diff from original) |
| **Extras** | ? Comments |

```
VZCZCXYZ0003
OO RUEHWEB

DE RUEHRH #0670/01 1371606
ZNY CCCCC ZZH
O 171606Z MAY 09
FM AMEMBASSY RIYADH
TO RUEHC/SECSTATE WASHDC IMMEDIATE 0798
INFO RUEHAD/AMEMBASSY ABU DHABI IMMEDIATE 2489
RUEHIL/AMEMBASSY ISLAMABAD IMMEDIATE 4741
RUEHBUL/AMEMBASSY KABUL IMMEDIATE 0254
RUEHNE/AMEMBASSY NEW DELHI IMMEDIATE 0465
RUEHYN/AMEMBASSY SANAA IMMEDIATE 1648
```

Hide header

```
C O N F I D E N T I A L RIYADH 000670

SIPDIS

E.O. 12958: DECL: 05/17/2019
TAGS: PREL [External Political Relations]   , PTER [Terrorists and Terrorism]   , AF [Afghanistan]   , PK [Pakistan]   , SA
[Saudi Arabia]   , YM [Yemen]
SUBJECT: SPECIAL ADVISOR HOLBROOKE'S MEETING WITH SAUDI
ASSISTANT INTERIOR MINISTER PRINCE MOHAMMED BIN NAYEF

Classified By: CDA DAVID RUNDELL, 1.4(b),(d)

¶1.  KEY POINTS:

-- (C) Ambassador Richard Holbrooke met in Riyadh May 16 with
HRH Prince Mohammed bin Nayef (MbN), Saudi Assistant Minister
of the Interior.

-- (C) Holbrooke emphasized that Afghanistan and Pakistan
should be treated as a closely inter-related problem.  He
stressed U.S. desire for stronger cooperation and a common
U.S./Saudi approach to Pakistan based on economic assistance,
encouraging cooperation between Pakistani political factions,
and transforming the Pakistani army to fight a
counterinsurgency war.
```

-- (C) MbN noted the Saudis viewed the Pakistan army as the strongest element for stability in the country.  In reply Holbrooke emphasized U.S. support for Pakistan's democracy and said the U.S. opposed a military coup.  MbN said he agreed.

-- (C) MbN described Yemen as a dangerous failed state and a growing threat to Saudi Arabia because it attracts Al-Qaeda (AQ), said Yemeni President Saleh is losing control, and outlined a Saudi strategy of co-opting Yemeni tribes with assistance projects.

-- (C) MbN strongly supported President Obama's decision to oppose release of photographs of U.S. detainee interrogations, saying release would provide a boon to AQ, and would be "the favor of their life."

PAKISTAN MUST NOT FAIL

¶2.  (C) Holbrooke thanked the Prince for Saudi Arabia's $700 million pledge at the April 17 Pakistan donors' conference in Japan.  He said he had not come to make demands or requests but simply to begin a consultative process.  The fact that three U.S. special envoys (Senator Mitchell, Dennis Ross, and now Holbrooke) have visited Saudi Arabia demonstrates the importance President Obama places on U.S./Saudi relations and the Saudi role in the region. Afghanistan and Pakistan were a major problem the new U.S. administration had inherited.

¶3.  (C) Success in Afghanistan was essential for U.S. security as well as security in Europe and the Middle East, Holbrooke continued.  The U.S. might be able to live with some degree of instability in Afghanistan, but not with an unstable Pakistan, because of Pakistan's nuclear arms, fragile politics, and relationship with India.  He asked if Saudi Arabia shared this conclusion.  MbN said "Absolutely," a comment echoed precisely in Holbrooke's subsequent meetings with King Abdullah and Foreign Minister Prince Saud al-Faisal (septels).  It's clear that Saudi Arabia has a "unique" relationship with Pakistan, Holbrooke said.  He noted that over 800,000 Pakistanis live and work in Saudi Arabia.  Saudi Arabia was especially important to Nawaz Sharif, the most popular politician in Pakistan.  These were reasons why what happened in Pakistan was of direct concern to both the U.S. and Saudi Arabia.

¶4.  (C) Holbrooke said the U.S. and Saudi Arabia shared a common purpose on Pakistan but not yet a "common collaboration."  The purpose of his visit was thus to begin a dialogue on Pakistan and seek a common policy.  Neither the U.S. nor Saudi Arabia could afford to let Pakistan fall apart.  There were three important issues to address:

-- Pakistan desperately needs economic assistance;
-- Even though the Saudis preferred Nawaz Sharif, Sharif and Zardari need to be persuaded to work together;
-- The Pakistan army needs to restructure itself to fight today's war against the Taliban rather than yesterday's war against India.

If Pakistan fell apart, Holbrooke said, the consequences for Saudi Arabia would be "unimaginable," especially if Pakistan's nuclear weapons fell into unfriendly hands.  ("God forbid!" interjected the Prince.) "Under your leadership," Holbrooke told the Prince "Saudi Arabia has defeated terror, but if Pakistan falls apart, the result would be catastrophe."

¶5.  (C) Holbrooke said the U.S. wanted to expand the U.S./Saudi relationship concerning Pakistan.  Saudi Arabia could do a lot for Pakistan. he added. noting that economic

and social conditions in Pakistan created fertile ground for
extremism. Zardari had many faults but he was democratically
elected, so the U.S. tries to get him and Sharif to work
together. Meanwhile, Holbrooke said, money for the Taliban
flows in from the region.

¶6. (C) MbN said a vacuum in Islamabad would be dangerous.
He described Pakistan army Chief of Staff General Kayani as a
"decent man" who wanted to restore dignity to the army, and
sought consensus support of all the civilian factions. The
army was the Saudis' "winning horse," MbN said, but it needed
to prepare to fight the current war against terror.
Pakistani soldiers needed to be proud of their service, and
not hide their identity as soldiers when they were off duty,
MbN said. He had told Kayani that Pakistani troops needed to
feel they were fighting for Pakistan and not the U.S. The
Pakistani army had a "golden opportunity" because now
Pakistan faced an external enemy. MbN emphasized that the
army was Pakistan's "best bet" for stability. There were
800,000 Pakistanis and over one million Indians living in
Saudi Arabia, MbN said, and millions more visited the
Kingdom to make the Hajj pilgrimage, so anything that
happened in Pakistan, or between Pakistan and India, was a
threat to stability in Saudi Arabia.

¶7. (C) Holbrooke said he knew Kayani, with the Director of
Pakistan's intelligence service (ISI), and
General Pasha, and also Musharraf. He recalled the U.S. and
Saudi Arabia had decided to support Musharraf in
the aftermath of 9/11. This had been the right decision at
the time but Musharraf had been a disappointment. The U.S.
supported democracy in Pakistan, not any individual leader.
Holbrooke repeated that the U.S. supported Zardari because he
was elected, and emphasized that the U.S. was "100 percent
opposed" to a military coup in Pakistan. MbN assured that
Saudi Arabia would not support a coup either.

¶8. (C) He noted the U.S. agreed that corruption in Pakistan
was an issue, but the U.S. had decided it was more
important to help Pakistan. Attaching onerous conditions to
assistance was a mistake, Holbrooke said. Since the U.S. and
Saudi Arabia agreed on Pakistan's importance, the question
was how to start working together. MbN answered that
U.S./Saudi security cooperation should stay as it is, since
it had "never been better" despite past tensions. Each side
knew its own business best, and the focus should be on
obtaining results. MbN characterized Saudi cooperation with
U.S. law enforcement and intelligence agencies as "one team."

¶9. (C) Holbrooke reiterated that terrorists in Pakistan were
not under enough pressure and pressed the point that
U.S./Saudi cooperation on Pakistan needed to rise to a higher
level. MbN replied that he had asked King Abdullah
for permission to maintain a "security channel" with the U.S.
to remain open at all times to facilitate information
exchange regardless of other issues in bilateral relations.
The Prince added that the King despised the corruption he saw
in Pakistan and this colored his views toward that country.

"WE HAVE A PROBLEM CALLED YEMEN"

¶10. (C) Moving to a new subject, the Prince said "We have a
problem called Yemen." AQ has found fertile ground
there, he said. The geography was similar to Afghanistan,
and many Yemenis were more sympathetic to AQ's goals than
were the Afghans. Yemen is also closer to AQ targets and
recruiting grounds in Saudi Arabia. The Saudis have detected
a pattern of individuals coming to the Kingdom for Hajj or
Umrah and then traveling south to Yemen ("it's only 400
miles," he noted) for training before returning to their home
countries. Saudi forces have arrested Egyptians and

1/18/12
Case 1:11-cv-01072-CKK  Document 18-10  Filed 01/23/12  Page 12 of 33
Cable reference id: #09RIYADH670

Algerians, among others, who were attempting to do this.

¶11.  (C) MbN described Yemen as a failed state that is "very, very, extremely dangerous," and required focus.  The Huthi tribes were Takfiri and Shi'a "like Hizballah South," he said.  This was a threat forming around Saudi Arabia that required action now.  The Saudis would like Saleh to be a strong leader, MbN said, but "his vision of Yemen has shrunk to Sana'a," and he was losing control over the rest of the country.  Saleh's old advisors were gone and now he relied on his son and other younger men who did not have good connections with the Yemeni tribes.  In contrast, Saudi Arabia had good connections with the tribes, MbN said.

¶12.  (C) MbN said the Saudis had established a bilateral council with Yemen that met twice a year to consider assistance projects.  The Saudi representatives were the

Crown prince and the oil minister (Note:  Crown Prince Sultan has been incapacitated by illness for at least he past year; it is not clear whether the bilateral council has continued to meet in his absence.)  Saudi assistance to Yemen was not in the form of cash payments, MbN said, since cash tended to end up in Swiss banks.  Instead the Saudis backed projects in the tribal areas of Yemen where AQ was hiding.  The idea was that when Yemenis saw the concrete benefits of these projects they would push their leaders to eject the extremists.  Saudi Arabia was counting on this strategy, MbN said, to persuade Yemenis to see extremists as criminals rather than heroes.  Holbrooke replied that the U.S. understood Saudi concerns about Yemen, and would work with the Saudis to address the problem there.

TERRORISTS STOLE OUR FAITH

¶13.  (C) Turning to another issue, MbN recalled that the day following President Obama's inauguration, White House counterterrorism advisor Brennan had telephoned to assure him the new president was committed to continuing the war on terror.  "Terrorists stole the most valuable things we have," said the Prince.  "They took our faith and our children and used them to attack us."  It had not been easy to see Saudi involvement in 9/11 and other terrorist incidents, he said. AQ was smart in wanting to hit both the U.S. and Saudi Arabia.  AQ's strategic goal was to hurt the U.S. and to take control of the Holy Cities of Mecca and Medina.

¶14.  (C) MbN claimed that in 2003 radicals were present in "90 percent" of Saudi mosques.  The current Saudi leadership had decided it needed to be on the front lines of the struggle against terrorism, that the task could not be left to the next generation, since AQ gained momentum every time it succeeded.  The Saudis realized they could not fight back without public support, he said, and developed a strategy of working with families of suicide bombers and other extremists who had been killed.  This approach involved providing support to the families and telling them their sons had been "victims" and not "criminals."  This gave the families "a way out" and
provided a public relations advantage to the government.  "If you stop five but create fifty" new radicals, "that's dumb." MbN said.  The Saudis measure their success against extremism by looking at levels of terrorist recruitment the number of successful operations, and they see a growing rejection of extremist violence.  The Prince related an anecdote about an anti-terrorist operation in which the officer commanding Interior Ministry forces had discovered his cousin was the leader of the terrorists inside a surrounded building.  MbN said he had offered to relieve the officer, but the latter had refused, and had insisted on leading the attack.  The officer succeeded in defeating the terrorists while capturing his cousin alive

¶15.  (C) Saudi Arabia was not yet free of terrorism, MbN
said.  Thus it remained important to defeat the terrorists on
the ground, in the media, and ideologically.  The Saudis
wanted to do this in cooperation with the U.S., the Prince
said.  Time was the key, and it was "not in our favor," he
added, so "we need to work fast."

¶16.  (C) On terrorist financing, MbN said "We are trying to
do our best."  Saudi Arabia has millions of visitors,
especially during Hajj.  The Saudis are making arrests, but
are not making this public.  Instead, the Saudi goal is to
make the public aware that donations could go to the wrong
places.   MbN said that "if money wants to go" to terrorist
causes, "it will go," and that terrorist attacks were
inexpensive, "but let's make it harder."  Holbrooke asked
what the Saudis would do with Pakistanis in Saudi Arabia who
financed terrorism.  The Prince replied the suspects would be
tried in Shari'a courts with Wahhabi judges so that the
results of the judicial process could be used to condemn
extremist ideology.

A BIG FAVOR TO AL-QAEDA

¶17.  (C) Holbrooke explained that President Obama had decided
to oppose release of 2000 photographs of U.S.
interrogations of terrorist suspects on grounds of national
security, and asked what the Saudi public reaction would be
to publication of these photos.  MbN responded "You bet!" it
would be bad for security, and noted that following
publication of the first Abu Ghraib photos, Saudi authorities
had arrested 250 individuals trying to leave Saudi Arabia to
join extremist groups in Afghanistan.  Release of more
pictures would give AQ "the favor of their life," said the

Prince.  Saudi Arabia had fought very hard to defeat AQ on
the Internet, but he couldn,t see how to fight 2000 new
photos.

¶18.  (U) Meeting participants

U.S.

Special Advisor Ambassador Richard Holbrooke
Barnett Rubin, Senior Advisor
David Rundell, Charge d'Affaires
Andrew Roth, Embassy Riyadh
Edwin Brown, Embassy Riyadh (notetaker)
Jeff Smith, Embassy Riyadh

Saudi Arabia

HRH Prince Mohammed bin Nayef bin Abdulaziz al-Saud,
Assistant Minister of the Interior

Major General Dr. Sa'ad al-Jabri, Senior Advisor, Ministry of
the Interior

Major General Khalid al-Humaydan ("Abu Ali"),
Counterterrorism Advisor,
Ministry of the Interior

Brigadier General Ahmed al-Issa, U.S. Liaison, Ministry of
the
Interior

¶19.  (U) Amb. Holbrooke cleared this telegram.
RUNDELL

MENA

- Add media item for this cable...

COMMENTS

☐ (We do not load Disqus comments widget (Disqus loads and executes third-party Javascript files, which might be deemed undesirable. Setting will take effect next time a page is loaded.)

# Exhibit AP

## CABLE REFERENCE ID: #09TUNIS415

0     Tweet 0

"All of them, those in power, and those who want the power, would pamper us, if we agreed to overlook their crookedness by wilfully restricting our activities." — "Refus Global"   , Paul-Émile Borduas

Main • Full-text search • Private cart • Browse tags • Overview • History • Media • Crowdsource Central • Manning's alleged chat logs diff • Donate



| | |
|---|---|
| **Reference id** | 09TUNIS415        aka Wikileaks id #213586   ? |
| **Subject** | GOT ASKS EUROPEANS NOT TO TAKE TUNISIAN GUANTANAMO DETAINEES |
| **Origin** | Embassy Tunis (Tunisia) |
| **Cable time** | Tue, 23 Jun 2009 15:49 UTC |
| **Classification** | SECRET//NOFORN |
| **Source** | http://wikileaks.org/cable/2009/06/09TUNIS415.html |
| **References** | 08TUNIS1137, 09TUNIS339, 09TUNIS407 |
| **Referenced by** | 09MADRID742, 09STATE67097 |
| **History** | First published on Wed, 1 Dec 2010 00:01 UTC (original) |
| | Modified on Thu, 1 Sep 2011 23:24 UTC (diff from original) |
| | Modified on Thu, 8 Sep 2011 13:29 UTC (diff from original) |
| **Extras** | ? Comments |

```
VZCZCXYZ0000
OO RUEHWEB

DE RUEHTU #0415/01 1741549
ZNY SSSSS ZZH
O 231549Z JUN 09
FM AMEMBASSY TUNIS
TO RUEHC/SECSTATE WASHDC IMMEDIATE 6474
RUEAWJA/DEPARTMENT OF JUSTICE WASHDC IMMEDIATE
RUEKJCS/SECDEF WASHINGTON DC IMMEDIATE
INFO RUCNMGH/MAGHREB COLLECTIVE IMMEDIATE
RUEHRL/AMEMBASSY BERLIN IMMEDIATE 0186
RUEHMD/AMEMBASSY MADRID IMMEDIATE 0546
RUEHRO/AMEMBASSY ROME IMMEDIATE 0804
```

Hide header

```
S E C R E T TUNIS 000415

NOFORN
SIPDIS

STATE:NEA/MAG (SWILLIAMS, MNARDI, MHAYES)
ALSO FOR DRL:KMCGEENEY, S/WIC:ARICCI
PASS DOD/OSD:ALIOTTA, DOJ/ODAG:MSTRANSKY

E.O. 12958: DECL: 06/23/2019
TAGS: PHUM [[Human Rights]] PREL [[External Political Relations]] KDRG [[Detainee Repatriation from
Guantanamo Bay]] PTER [[Terrorists and Terrorism]] TS [[Tunisia]]
SUBJECT: GOT ASKS EUROPEANS NOT TO TAKE TUNISIAN GUANTANAMO
DETAINEES

REF: A. TUNIS 407
¶B. TUNIS 339
¶C. TUNIS 32
¶D. 08 TUNIS 1137 AND PREVIOUS

Classified By: Ambassador Robert F. Godec for reasons 1.4 (b) and (d)

-------
SUMMARY
```

-------

¶1. (S/NF) A senior MFA official convoked the German, Italian
and Spanish Chiefs of Mission June 19 to inform them the GOT
wants the Tunisian detainees in Guantanamo Camp returned
home. According to the European COMs, the implicit message
was that their governments should not accept the US request
to take Tunisian detainees. The COMs have informed their
capitals, but have no response yet. In a meeting June 22, a
small group of Ambassadors (including the German and Italian
COMs) discussed the MFA demarches. Among the Ambassadors,
views differed on the risks to Tunisian prisoners, but some
said there is a possibility of torture or mistreatment for
anyone accused of terrorism. End Summary.

--------------------
EUROPEANS DEMARCHED
--------------------

¶2. (S) Following FM Abdallah's meeting on Guantanamo
detainees with Ambassador Godec on June 18 (Ref A), the MFA
convoked German Ambassador Horst-Wolfram Kerll, Italian
Ambassador Antonio D'Andria and Spanish Charge Santiago
Miralles Huete to separate meetings on June 19.

¶3. (S) In the meetings, MFA Secretary of State for Maghreb,
Arab and African Affairs Abdelhafidh Hergeum delivered a
demarche similar to that given to Ambassador Godec,
specifically:
-- Tunisia wants its citizens in Guantanamo returned,
-- Tunisia does not torture and has signed the Convention
Against Torture,
-- Tunisia's image would suffer if the detainees were sent to
other countries.
The implicit message from Hergeum, according to the European
COMs, was that their countries should not agree to the US
request to accept Tunisian detainees. The three officials
have informed their capitals but have no response. According
to the German Ambassador, the Tunisian Ambassador in Berlin
has delivered the same demarche to the German MFA.

--------------------
AMBASSADORS' MEETING
--------------------

¶4. (S) On June 22, Ambassador discussed the GOT demarche
with Ambassador Kerll, Ambassador D'Andria, UK Ambassador
Chris O'Connor, French Ambassador Serge Degallaix, and
Canadian Ambassador Bruno Picard. Ambassador Godec reviewed
the Foreign Minister's demarche with the German and Italian
Ambassadors then detailing the demarches they had received.

¶5. (S/NF) The Canadian Ambassador noted the GOT has offered,
as evidence that it does not torture, the case of Imam Said
Jaziri who was repatriated from Canada to Tunisia despite
allegations that he would be mistreated. The Canadian
Ambassador said the comparison between Jaziri and the
Guantanamo detainees is "crap", explaining that Jaziri was a
petty criminal and not accused of terrorism. The Canadian
government reviewed Jaziri's case carefully and decided he
could be transferred since he did have links with terrorism.
The Canadian decision, Picard suggested, might well have been
otherwise if Jaziri had been accused of terrorism.

¶6. (S/NF) The Italian Ambassador said Italy had had few
problems with individuals they had transferred to Tunisia.
The Italians have been in contact with their families and
lawyers and have not heard any serious complaints. Why, he
asked, would the GOT want to mistreat or torture transferred
Guantanamo detainees?

¶7. (S/NF) Ambassador Godec noted that there are credible

reports of one of the first two transferees being mistreated,
including information from the lawyer, the family and
statements in open court. Moreover, there are credible
reports of Ministry of Interior officials mistreating
detainees and prisoners in other cases. He added that
contrary to GOT claims, the ICRC cannot visit all Tunisian
prisons as it does not have access to non-notified MOI
facilities. The UK Ambassador opined that the GOT uses
torture as a form of punishment.

¶8. (S/NF) The Canadian Ambassador said the GOT's statements
that it does not torture are "bullshit." The Canadian
Ambassador (protect) said he had direct, first hand evidence
of torture/mistreatment of a prisoner that lasted several
months. The Canadian and German Ambassadors agreed that
anyone in Tunisian prisons on terrorism charges is at risk of
mistreatment or torture.

¶9. (S/NF) The Ambassadors concluded the discussion with
several noting that Tunisian diplomatic assurances regarding
appropriate treatment of prisoners is of value, but that a
follow-up mechanism is required to ensure commitments are
kept.

-------
COMMENT
-------

¶10. (S/NF) The GOT clearly and strongly wants the Tunisian
detainees in Guantanamo returned home. As we suggested in
Ref A, Washington agencies may wish to consider whether to
offer to return the Tunisian detainees if the GOT agrees to
permit US access to the first two transferees and ongoing
access to any future transferees. Such an understanding
would need to include a mechanism to address the problems
that may arise. While there is no absolute guarantee against
mistreatment, such an understanding would provide transferees
additional protection. Whether the GOT would accept such an
arrangement is another matter. We are not optimistic, but it
is worth considering. If Washington decides to continue with
efforts to transfer the Tunisian detainees to third
countries, we need to officially inform the GOT at a
high-level and soon.
Godec

MEDIA

• Add media item for this cable...

COMMENTS

# Exhibit AQ

## CABLE REFERENCE ID: #10SANAA4

0      Tweet ⟨0⟩

"All of them, those in power, and those who want the power, would pamper us, if we agreed to overlook their crookedness by wilfully restricting our activities."
— "Refus Global" , Paul-Émile Borduas

Visit • Full-text search • Private chat • Browse tags • Overview • History • Media • Crowdsource Central • Manning's alleged chat logs diff • Donate



| Reference Id | 10SANAA4 | aka Wikileaks id #242360  ? |
|---|---|---|
| **Subject** | GENERAL PETRAEUS' MEETING WITH SALEH ON SECURITY ASSISTANCE, AQAP STRIKES | |
| **Origin** | Embassy Sanaa (Yemen) | |
| **Cable time** | Mon, 4 Jan 2010 13:33 UTC | |
| **Classification** | SECRET//NOFORN | |
| **Source** | http://wikileaks.org/cable/2010/01/10SANAA4.html | |
| **References** | 09SANAA1430 | |
| **History** | **First published on Tue, 30 Nov 2010 10:36 UTC** (original) | |
| | Removed on Fri, 3 Dec 2010 12:01 UTC (diff from original) | |
| | Modified on Sat, 4 Dec 2010 12:47 UTC (diff from original) | |
| | Modified on Thu, 1 Sep 2011 23:24 UTC (diff from original) | |
| | Modified on Thu, 8 Sep 2011 13:29 UTC (diff from original) | |
| **Extras** | ? Comments, 3 media items | |

```
INFO   LOG-00    EEB-00    AF-00    AID-00    ACQ-00    INL-00    DOTE-00
       PERC-00   PDI-00    DS-00    EAP-00    EUR-00    OIGO-00   FAAE-00
       FBIE-00   VCI-00    H-00     TEDE-00   INR-00    IO-00     LAB-01
       MOFM-00   MOF-00    M-00     VCIE-00   DCP-00    NSAE-00   ISN-00
       NIMA-00   MCC-00    PM-00    GIWI-00   SCT-00    ISNE-00   FMPC-00
       SP-00     IRM-00    SSO-00   SS-00     NCTC-00   CBP-00    SCRS-00
       PMB-00    DSCC-00   PRM-00   DRL-00    SAS-00    FA-00     SWCI-00
       SANA-00   /001W


O 041333Z JAN 10
FM AMEMBASSY SANAA
TO SECSTATE WASHDC IMMEDIATE 3474
INFO AMEMBASSY ABU DHABI IMMEDIATE
AMEMBASSY ASMARA IMMEDIATE
AMEMBASSY DJIBOUTI IMMEDIATE
AMEMBASSY DOHA IMMEDIATE
AMEMBASSY LONDON IMMEDIATE
AMEMBASSY RIYADH IMMEDIATE
CDR USCENTCOM MACDILL AFB FL IMMEDIATE
CIA WASHDC IMMEDIATE
COMSOCCENT MACDILL AFB FL IMMEDIATE
DEPT OF HOMELAND SECURITY WASHINGTON DC IMMEDIATE
DEPT OF JUSTICE WASHDC IMMEDIATE
FBI WASHINGTON DC IMMEDIATE
JOINT STAFF WASHINGTON DC IMMEDIATE
NSC WASHDC IMMEDIATE
NCTC WASHINGTON DC IMMEDIATE
SECDEF WASHINGTON DC IMMEDIATE
WHITE HOUSE WASHINGTON DC IMMEDIATE
```

Hide header

```
S E C R E T SANAA 000004


NOFORN

DEPT FOR NEA/FO AND NEA/ARP
NSC FOR DPNSA BRENNAN
HQ USCENTCOM/CCCC-CIG FOR JSEATON
```

E.O. 12958: DECL: 01/04/2019
TAGS: PREL [[External Political Relations]] PGOV [[Internal Governmental Affairs]] PTER [[Terrorists
and Terrorism]] PINR [[Intelligence]] PINS [[National Security]] MOPS [[Military Operations]] MASS
[[Military Assistance and Sales]] MCAP [[Military Capabilities]] SA [[Saudi Arabia]]
AE [[United Arab Emirates]], UK [[United Kingdom]], ER [[Eritrea]], DJ [[Djibouti]], QA [[Qatar]],
YM [[Yemen]]
SUBJECT: GENERAL PETRAEUS' MEETING WITH SALEH ON SECURITY
ASSISTANCE, AQAP STRIKES

REF: 2009 SANAA 1430


Classified By: Ambassador Stephen A. Seche for reasons 1.4(b) and (d).


¶1. (S/NF) SUMMARY: Commander of the U.S. Central Command
General David Petraeus congratulated President Saleh on
recent successful operations against AQAP, and informed him
that U.S. security assistance to the ROYG would increase to
USD 150 million in 2010, including USD 45 million to equip
and train a CT-focused aviation regiment under the Yemeni
Special Operations Forces. Saleh requested that the U.S.
provide 12 armed helicopters and train and equip three new
Republican Guard brigades. Saleh rejected the General's
proposal to have USG personnel armed with direct-feed
intelligence present inside the area of CT operations, but
agreed to a have U.S. fixed-wing bombers circle outside
Yemeni territory ready to engage AQAP targets should
actionable intelligence become available. END SUMMARY.

SALEH: HELICOPTERS, HELICOPTERS, HELICOPTERS
---------------------------------------------

¶2. (S/NF) CENTCOM Commander General David Petraeus,
accompanied by the Ambassador, CENTCOM aides, the Embassy
DATT, and EconOff note taker, congratulated President Saleh
on successful operations against AQAP during a January 2
meeting. The General told Saleh that he had requested USD
150 million in security assistance for 2010, a substantial
increase over the 2009 amount of USD 67 million. Also
present were Minister of Defense MG Muhammed Nasser Ahmad Ali
and Deputy Prime Minister for Defense and Security Affairs
Rashad al-Alimi. Raising a topic that he would manage to
insert into almost every item of discussion during the hour
and half-long meeting, Saleh requested that the U.S. provide
the ROYG with 12 armed helicopters. Possessing such
helicopters would allow the ROYG to take the lead in future
CT operations, "ease" the use of fighter jets and cruise
missiles against terrorist targets, and allow Yemeni Special
Operations Forces to capture terrorist suspects and identify
victims following strikes, according to Saleh. The U.S.
could convince Saudi Arabia and the UAE to supply six
helicopters each if the American "bureaucracy" prevented
quick approval, Saleh suggested. The General responded that
he had already considered the ROYG's request for helicopters
and was in discussions with Saudi Arabia on the matter. "We
won't use the helicopters in Sa'ada, I promise. Only against
al-Qaeda," Saleh told General Petraeus.

¶3. (S/NF) Saleh agreed to General Patraeus' proposal to
dedicate USD 45 million of 2010 security assistance funds to
help establish and train a YSOF aviation regiment, allowing
YSOF to focus on al-Qaeda targets and leaving Sa'ada air
operations to the Yemeni Air Force. Without giving much
detail, Saleh also requested that the U.S. equip and train
three new Republican Guard brigades, totaling 9,000 soldiers.
 "Equipping these brigades would reflect upon our true
partnership," Saleh said. The General urged Saleh to focus
first on the YSOF aviation regiment.

AQAP STRIKES: CONCERN FOR CIVILIAN CASUALTIES
---------------------------------------------

¶4. (S/NF) Saleh praised the December 17 and 24 strikes
against AQAP but said that "mistakes were made" in the
killing of civilians in Abyan.  The General responded that
the only civilians killed were the wife and two children of
an AQAP operative at the site, prompting Saleh to plunge into
a lengthy and confusing aside with Deputy Prime Minister
Alimi and Minister of Defense Ali regarding the number of
terrorists versus civilians killed in the strike.  (Comment:
Saleh's conversation on the civilian casualties suggests he
has not been well briefed by his advisors on the strike in
Abyan, a site that the ROYG has been unable to access to
determine with any certainty the level of collateral damage.
End Comment.)  AQAP leader Nassr al-Wahishi and extremist
cleric Anwar al-Awlaki may still be alive, Saleh said, but
the December strikes had already caused al-Qaeda operatives
to turn themselves in to authorities and residents in
affected areas to deny refuge to al-Qaeda.  Saleh raised the
issue of the Saudi Government and Jawf governorate tribal
sheikh Amin al-Okimi, a subject that is being reported
through other channels.

SHIFTING AIRSTRIKE STRATEGIES
-----------------------------

¶5. (S/NF) President Obama has approved providing U.S.
intelligence in support of ROYG ground operations against
AQAP targets, General Petraeus informed Saleh.  Saleh reacted
coolly, however, to the General's proposal to place USG
personnel inside the area of operations armed with real-time,
direct feed intelligence from U.S. ISR platforms overhead.
"You cannot enter the operations area and you must stay in
the joint operations center," Saleh responded.  Any U.S.
casualties in strikes against AQAP would harm future efforts,
Saleh asserted.  Saleh did not have any objection, however,
to General Petraeus' proposal to move away from the use of
cruise missiles and instead have U.S. fixed-wing bombers
circle outside Yemeni territory, "out of sight," and engage
AQAP targets when actionable intelligence became available.
Saleh lamented the use of cruise missiles that are "not very
accurate" and welcomed the use of aircraft-deployed
precision-guided bombs instead.  "We'll continue saying the
bombs are ours, not yours," Saleh said, prompting Deputy
Prime Minister Alimi to joke that he had just "lied" by
telling Parliament that the bombs in Arhab, Abyan, and Shebwa
were American-made but deployed by the ROYG.

ROOM FOR IMPROVEMENT IN MIL-MIL RELATIONS
-----------------------------------------

¶6. (S/NF) General Petraeus praised cooperation between the
Embassy and the NSB, YSOF, Yemeni Coast Guard (YCG), and
Counterterrorism Unit (CTU), but singled out relations with
the Yemeni Air Force as problematic.  Only four out of 50
planned U.S. Special Operations Forces Command training
missions with the Yemeni Air Force had actually been executed
in the past year, he said.  Saleh said he would personally
instruct Minister of Defense to improve the situation.  The
General also urged Saleh to stop Yemeni Customs' habit of
holding up Embassy cargo at the airport, including shipments
destined for the ROYG itself, such as equipment for the CTU.
Saleh laughed and made a vague pledge to have the customs
issue "taken care of."  Saleh complained that the ROYG had
not yet received the necessary training to operate 17 Iraqi
Light Armored Vehicle (ILAVs) provided by the USG in 2008,
saying that YSOF needed the training in order to use the
ILAVs for CT operations.  The General said he would look into
having U.S. Special Operations Forces personnel conduct the
training.

¶7. (S/NF) Pointing to the ROYG's problems in combating
rampant drug and arms smuggling, Saleh told General Petraeus

that U.S. maritime security assistance was insufficient to
cover Yemen's nearly 2,000 km of coastline.  "Why not have
Italy, Germany, Holland, Japan, Saudi, and the UAE each
provide two patrol boats?" Saleh suggested.  The General told
Saleh that two fully-equipped 87-foot patrol boats destined
for the Yemeni Coast Guard were under construction and would
arrive in Yemen within a year.  Saleh singled out smuggling
from Djibouti as particularly troublesome, claiming that the
ROYG had recently intercepted four containers of
Djibouti-origin TNT.  "Tell (Djiboutian President) Ismail
Guelleh that I don't care if he smuggles whiskey into Yemen
-- provided it's good whiskey ) but not drugs or weapons,"
Saleh joked.  Saleh said that smugglers of all stripes are
bribing both Saudi and Yemeni border officials.

SALEH WELCOMES LONDON CONFERENCE
--------------------------------

¶8. (S/NF) Saleh told the General that he welcomed PM Gordon
Brown's announcement of the London conference and said that
the cooperation on Yemen between the U.S., EU, Saudi Arabia,
and the UAE would be benefitial.  Qatar should not be
involved, however, because "they work with Iran."  In this
regard, Saleh also identified Qatar as one of those nations
working "against Yemen," along with Iran, Libya, and Eritrea.

¶9. (U) General Petraeus did not have an opportunity to clear
on this cable.


SECHE


MEDIA

● WikiLeaks Archive - U.S. Helps Yemen Defy Al Qaeda - NYTimes.com

● Crowdleaks: U.S. and U.K. enable Yemen to fight citizens

● WikiLeaks cables: Yemen offered US 'open door' to attack al-Qaida on its soil | World news | The Guardian

● Add media item for this cable...

COMMENTS



# Exhibit AR

## CABLE REFERENCE ID: #10LUXEMBOURG5

<span style="border:1px solid #000; padding:2px">0</span>   <span style="border:1px solid #000; padding:2px">Tweet</span> ⟨0⟩

"All of them, those in power, and those who want the power, would pamper us, if we agreed to overlook their crookedness by wilfully restricting our activities."
— "Refus Global"   , Paul-Émile Borduas

Main · Full-text search · Private cart · Browse tags · Overview · History · Media · Crowdsource Central · Manning's alleged chat logs diff · Donate



| | |
|---|---|
| **Reference Id** | 10LUXEMBOURG5      aka Wikileaks Id #243872  ? |
| **Subject** | To Hell And Back: Gitmo Ex-detainee Stumps In Luxembourg |
| **Origin** | Embassy Luxembourg (Luxembourg) |
| **Cable time** | Fri, 15 Jan 2010 15:34 UTC |
| **Classification** | CONFIDENTIAL |
| **Source** | http://wikileaks.org/cable/2010/01/10LUXEMBOURG5.html |
| **References** | 09LUXEMBOURG288, 09LUXEMBOURG302, 09LUXEMBOURG328 |
| **History** | First published on Tue, 30 Nov 2010 10:36 UTC (original) |
| | Modified on Tue, 30 Nov 2010 17:37 UTC (diff from original) |
| | Modified on Wed, 1 Dec 2010 00:01 UTC (diff from original) |
| | Modified on Thu, 8 Sep 2011 13:29 UTC (diff from original) |
| **Extras** | ? Comments, 2 media items |

```
VZCZCXRO9556
RR RUEHAG RUEHDBU RUEHFL RUEHKW RUEHLA RUEHNP RUEHROV RUEHSL RUEHSR
DE RUEHLE #0005/01 0151534
ZNY CCCCC ZZH
R 151534Z JAN 10
FM AMEMBASSY LUXEMBOURG
TO RUEHC/SECSTATE WASHDC 0039
INFO EUROPEAN POLITICAL COLLECTIVE
```

<div style="text-align:right;border:1px solid #000;display:inline-block">Hide header</div>

```
C O N F I D E N T I A L SECTION 01 OF 03 LUXEMBOURG 000005

SIPDIS
DEPT FOR EUR/WE VALERIE BELON, S/GC MICHAEL WILLIAMS
AMEMBASSY ANKARA PASS TO AMCONSUL ADANA
AMEMBASSY ASTANA PASS TO AMCONSUL ALMATY
AMEMBASSY BERLIN PASS TO AMCONSUL DUSSELDORF
AMEMBASSY BERLIN PASS TO AMCONSUL LEIPZIG
AMEMBASSY BELGRADE PASS TO AMEMBASSY PODGORICA
AMEMBASSY HELSINKI PASS TO AMCONSUL ST PETERSBURG
AMEMBASSY ATHENS PASS TO AMCONSUL THESSALONIKI
AMEMBASSY MOSCOW PASS TO AMCONSUL VLADIVOSTOK
AMEMBASSY MOSCOW PASS TO AMCONSUL YEKATERINBURG

E.O. 12958: DECL: 2020/01/15
TAGS: PGOV [[Internal Governmental Affairs]] KDRG [[Detainee Repatriation from Guantanamo Bay]] PREL
[[External Political Relations]] LU [[Luxembourg]]
SUBJECT: TO HELL AND BACK: GITMO EX-DETAINEE STUMPS IN LUXEMBOURG

REF: 09 LUXEMBOURG 328; 09 LUXEMBOURG 288; 09 LUXEMBOURG 302

CLASSIFIED BY: Adam Center, Consul; REASON: 1.4(B), (D)

¶1.    (SBU) SUMMARY:   Former Guantanamo Bay (GTMO) detainee
Moazzam Begg met with Foreign Minister Jean Asselborn 14 January
2010 to press the government of Luxembourg to accept GTMO detainees
for resettlement.  Begg, a British citizen of Pakistani origin, was
arrested in Pakistan in 2002 and imprisoned in Kandahar, Bagram,
and Guantanamo Bay, before his release to Britain in 2005. In a
statement to RTL Television, Asselborn said that Luxembourg will do
what is possible and reiterated the government's position to
```

what is possible and reiterated the government's position to
provide financial assistance, training and housing costs, and other
technical assistance. Consular officer attended an evening
screening of the documentary film "Taxi to the Dark Side," followed
by a Q&A session with Begg. When asked if he thought Luxembourg
will do more than contribute financially to the resettlement
efforts, Begg replied that he was "pleasantly surprised" with his
conversations with MFA officials and "hopeful." END SUMMARY

---------------------------------------------

AUDIENCE WITH FOREIGN MINISTER

---------------------------------------------

¶2.      (C)  Ex-GTMO detainee Moazzam Begg, released from
Guantanamo Bay in 2005, is barnstorming throughout Europe, pushing
governments to accept GTMO detainees for resettlement.  Following
his release from GTMO, Begg created an NGO dedicated to this cause,
called Caged Prisoners.  Representatives from two additional NGOs,
Reprieve and Center for Constitutional Rights, accompanied Begg on
his visit to Luxembourg.  Luxembourg media coverage on the
Asselborn-Begg meeting was ubiquitous, but superficial.  With
numerous reports that the meeting occurred, nearly all media
outlets were silent on the actual substance of the meeting.  Only
Begg provided some limited insight into the outcome of the meeting.
Speaking later in the evening (see para 4), he responded to an
inquiry about the meeting by saying that "without giving anything
away," he was "pleasantly surprised" and "hopeful."

--------------------------------------------- ----------

ASSELBORN: "WE'LL HELP"/BEGG:  "DO MORE"

--------------------------------------------- ----------

¶3.      (C)  In an interview following his meeting with Begg,
Asselborn avoided specifics of the discussion.  He reiterated
Luxembourg's willingness to provide financial assistance to the
resettlement efforts - the GoL party line for many months.
Asselborn said, however, that he was in regular contact with
American officials, including Special Envoy Dan Fried, as recently
as last week.  (See refs a and b on the Asselborn-Fried meeting in
September 2009 in Luxembourg and subsequent exchange of letters.)
In comments to the press following the meeting, Begg only explained
what the messages he delivered were - not how those messages were
received. Begg's primary message is that European governments have
to step up and accept some of the GTMO detainees for resettlement.
Begg, an articulate man, argued that there are dozens of prisoners
in GTMO just like him - not dangerous to society, able to
communicate and assimilate, able to be a contributing and
responsible member of society - and they just need governments to
stand up and offer them a place to call home. In an interview prior
to his meeting with Asselborn, Begg was asked if countries like
Luxembourg have a responsibility regarding ex-detainees. Begg
reportedly responded that it is a European tradition to offer
asylum to refugees, and that this tradition also should be extended
to former Guantanamo detainees who have not been convicted of
crimes, are not dangerous, and are deemed as releasable.

LUXEMBOURG 00000005  002 OF 003

----------------

TAXI TO HELL

----------------

¶4.      (SBU)  Begg later attended an Amnesty International-hosted
screening of 2007 Oscar Winner for Best Documentary "Taxi to the
Dark Side" (French translation of film title: "Taxi to Hell").
Conoff attended screening and Begg's Q&A session following the
film. The film, a harrowing depiction of alleged torture inside

1/13/12
Case 1:11-cv-01072-CKK   Document 18-10   Filed 01/23/12   Page 27 of 33
Cable reference id: #10LUXEMBOURG5

Bagram, Abu Ghraib, and Guantanamo, was an undisguised attack on
the Bush Administration, focusing much of its venom on Former
Defense Secretary Rumsfeld and Former Vice President Cheney. Mr.
Begg, on the other hand, presented an image of "forgive, but never
forget," and has focused his attentions not on the ill treatment he
allegedly received, but on what can be done to resettle the
remaining "releasable" prisoners in Guantanamo Bay.  Reporting
officer estimates 100-150 people attended the filming and Q&A
session and noted the complete absence of press, other diplomats,
or GoL officials.

---------------------------------------------- -

LOOKING FORWARD, NOT BACKWARD

---------------------------------------------- -

¶5.     (C)  During his presentation, Begg spoke almost
exclusively of the future, with hardly any mention of the past.  He
did not discuss the question of legality of torture.  Rather than
stressing past injustices, he focused on what to do now.  He
acknowledged that he lives with the past, but that he now wants to
be part of the solution, and is working to convince Luxembourg and
other governments - and their populaces - to want the same.

----------------------------------------

LUXEMBOURGERS NOT SO SURE

----------------------------------------

¶6.     (SBU)  In a 90-minute Q&A session, Begg was asked, how
would ex-detainees fit in in Luxembourg.  How would it work? Where
would they live? How would they be supported?  The fear and
skepticism was palpable in the audience.  Begg and his NGO cohorts
stressed that there were Algerians and Tunisians in GTMO who could
come to Luxembourg and speak French, one of Luxembourg's official
and most-commonly used languages.  He stressed that neighboring
countries - France, Belgium, Portugal, Ireland - provided examples.
Begg even argued that if detainees could fit in in Palau, they
could do the same in Luxembourg.  Begg deplored that certain people
believe the world is not big enough for the ex-detainees.  He added
that if there were colonies on the Moon, "I'm sure they'd send us
there."

¶7.     (SBU)  Begg declined to speak about specific physical
transgressions against his person.  When told how physically well
and mentally sound he appeared, he joked, "Well, I used to be
taller."  Begg spoke articulately, demonstrating minimal ill will
toward his captors - even going so far as to say he speaks on the

LUXEMBOURG 00000005  003 OF 003

phone occasionally with his former interrogators.  Consular officer
took note of the following exchange: Asked if he would ever
consider a return to the U.S., Begg replied that he had never been
to the U.S., but that the U.S. had come to him.  Begg commented
that as a British citizen, he could travel to the U.S. without a
visa, but that he thinks he would need "a lot more than a visa to
get out."

-------------

COMMENT

-------------

¶8.     (C)  Mr. Begg is doing our work for us, and his articulate,
reasoned presentation makes for a convincing argument.  It is
ironic that after four years of imprisonment and alleged torture,
Moazzam Begg is delivering the same demarche to GOL as we are:
please consider accepting GTMO detainees for resettlement.  Despite

Begg's optimism, the Prime and Foreign Ministers continue to
publicly state that the GoL supports the closure of the Guantanamo
Bay detention facility and stands ready to assist from a financial
and logistical perspective, but cannot accept detainees for
resettlement.

¶9.      (U)  Please see: http://en.wikipedia.org/wiki/Moazzam_Begg
and http://en.wikipedia.org/wiki/Taxi_to_the_Dark _Side for
extensive information on Moazzam Begg and the film "Taxi to the
Dark Side."
Stroum

MEDIA

* WikiLeaks Archive — Haggling Over Guantánamo Detainees - NYTimes.com

* WikiLeaks cables show US U-turn over ex-Guantánamo inmate | World news | guardian.co.uk

* Add media item for this cable...

COMMENTS

# Exhibit AS

1/13/12
Case 1:11-cv-01072-CKK  Document 18-10  Filed 01/23/12  Page 30 of 33
Cable reference id: #10ROME174

## CABLE REFERENCE ID: #10ROME174

`0`   `Tweet` `0`

"All of them, those in power, and those who want the power, would pamper us, if we agreed to overlook their crookedness by wilfully restricting our activities."
--- "Refus Global" , Paul-Émile Borduas

Main • Full-text search • Private cart • Browse tags • Overview • History • Media • Crowdsource Central • Manning's alleged chat logs diff • Donate



| | |
|---|---|
| **Reference Id** | 10ROME174   aka Wikileaks id #248630  ? |
| **Subject** | SECDEF MEETING WITH ITALIAN PRIME MINISTER SILVIO BERLUSCONI, FEBRUARY 6, 2010 |
| **Origin** | Embassy Rome (Italy) |
| **Cable time** | Fri, 12 Feb 2010 13:27 UTC |
| **Classification** | SECRET//NOFORN |
| **Source** | http://wikileaks.org/cable/2010/02/10ROME174.html |
| **History** | First published on Sat, 19 Mar 2011 15:09 UTC (original)<br>Modified on Thu, 1 Sep 2011 23:24 UTC (diff from original)<br>Modified on Thu, 8 Sep 2011 13:29 UTC (diff from original) |
| **Extras** | ? Comments |

```
VZCZCXRO2519
PP RUEHBC RUEHDBU RUEHFL RUEHKUK RUEHKW RUEHLA RUEHNP RUEHROV RUEHSL
RUEHTRO
DE RUEHRO #0174/01 0431327
ZNY SSSSS ZZH
P 121327Z FEB 10
FM AMEMBASSY ROME
TO RUEKJCS/SECDEF WASHDC PRIORITY
INFO RUEHZL/EUROPEAN POLITICAL COLLECTIVE PRIORITY
RUCNIRA/IRAN COLLECTIVE PRIORITY
RUEHZG/NATO EU COLLECTIVE PRIORITY
RUEHBUL/AMEMBASSY KABUL PRIORITY 0584
RUEHMIL/AMCONSUL MILAN PRIORITY 0482
RUEHFL/AMCONSUL FLORENCE PRIORITY 4039
RUEHNP/AMCONSUL NAPLES PRIORITY 4267
RUEHC/SECSTATE WASHDC PRIORITY 3273
RUCNDT/USMISSION USUN NEW YORK PRIORITY 1071
RUEHNO/USMISSION USNATO PRIORITY 3081
RHMFISS/HQ USEUCOM VAIHINGEN GE PRIORITY
RHMFISS/HQ USAFRICOM STUTTGART GE PRIORITY
```

Hide header

```
S E C R E T SECTION 01 OF 03 ROME 000174

NOFORN
SIPDIS

OSD FOR USDP-ISA-EURNATO

E.O. 12958: DECL: 02/13/2020
TAGS: PREL [[External Political Relations]] MOPS [[Military Operations]] MARR [[Military and Defense
Arrangements]] NATO [[North Atlantic Treaty Organization]] IT [[Italy]] AF [[Afghanistan]] IR
[[Iran]]
SUBJECT: SECDEF MEETING WITH ITALIAN PRIME MINISTER SILVIO
BERLUSCONI, FEBRUARY 6, 201...


Classified By: Alexander Vershbow, ASD/ISA for Reasons 1.4 (B) and (D)

¶1. (S/NF) SUMMARY: Secretary of Defense Robert Gates (SecDef)
met with Italian Prime Minister Silvio Berlusconi during an
official visit to Rome on February 6, 2010.  SecDef thanked
Berlusconi for Italy's pledge of more Italian troops for
```

operations in Afghanistan and assured him that the creation
of RC-SW will not intrude on Italian interests in RC-W.
Berlusconi pledged Italy's full support for sanctions efforts
against Iran, sharing SecDef's assessment of the dire
implications should Tehran successfully develop nuclear
weapons.  Berlusconi provided Italian insights on the
Israeli-Palestinian conflict, encouraging strong American
leadership.  SecDef said the issue remains a high priority
for the Obama Administration.  In relation to the Abu Omar
case, SecDef requested GOI's advocacy on recognizing U.S.
jurisdiction over Colonel Joseph Romano under the NATO SOFA.
Berlusconi expressed optimism that the matter will be
resolved favorably during the appeals process.  END SUMMARY.

-----------
Afghanistan
-----------

¶2.  (S/NF)  Prime Minister Berlusconi opened the discussion
with a lengthy discourse on the state of Italian national
politics, assessing that his government is on solid ground.
He asserted that ""Italy wants to be the best friend of the
United States.""  SecDef explained that both Presidents Bush
and Obama believed this to be true.  After briefly thanking
Berlusconi for Italy's efforts in Haiti, SecDef applauded
Italy's contributions to Afghanistan, noting that ISAF
nations must loosen caveats to allow effective partnering
with Afghan forces.  SecDef explained that once the U.S.
completes its force increases, there will be nearly 60,000
troops in RC-South -- too great a number for one commander.
This was the reason for the proposal to split the command and
create an RC-SW in Helmand and Nimroz provinces.  SecDef
promised that it would not intrude on Italian forces in
RC-West.  Berlusconi said he was satisfied that it will not
be a problem.

----
Iran
----

¶3.  (C)  As a prelude to a detailed discussion on Iran, SecDef
briefly outlined the phased adaptive approach to European
Missile Defense, explaining that a revised threat assessment
and better technology had led to the new approach.  SecDef
enlisted Italian support for a NATO commitment to missile
defense at November's Lisbon Summit.  SecDef recognized there
were legitimate questions about cost and C2, and promised
that the U.S. would provide detailed answers soon.

¶4.  (S/NF)  SecDef recalled his long involvement in U.S.-Iran
relations, including his participation in the first U.S.
meeting with the new revolutionary government in 1979.
Noting that every American president since then has tried to
reach out to Iran, SecDef asserted that President Obama's
approach has been the most sincere, energetic and principled.
He outlined the multiple opportunities -- including the
Tehran Research Reactor proposal, the IAEA's inspection of
the Qom facility, and multiple private offers for dialogue --
that Iran has been given to reassure the international
community of its intentions.  All of these approaches,
however, have been rejected by Iran.

¶5.  (S/NF)  SecDef expressed deep disappointment in Tehran's
lack of responsiveness, reminding Berlusconi that Italy's
role is vital and pointing out the opportunity for
leadership.  SecDef explained that it was clearly time for a
new UNSC resolution, which would give nations and the EU a
legal basis for even harsher action.  He recounted the dire
consequences of a nuclear Iran, including proliferation by
other countries in the Middle East, a military response by
Israel at some point, or both.  Sanctions must be applied to
get Tehran to change course and agree to a negotiated

solution.

¶6. (S/NF) Berlusconi agreed and recounted recent
consultations with Israeli leaders, including military
commanders, during his recent visit to Tel Aviv.  Recalling
the tragedy of the Holocaust, Berlusconi said he believes the
Israelis will not follow the path of some German Jews in the
1930s, who discounted Hitler's threats as political
demagoguery.  Given Ahmadinejad's promises to eliminate the
Israeli state, Berlusconi speculated that Tel Aviv would
strike, possibly with nuclear weapons, against Iran if Tehran
were close to acquiring nuclear weapons itself.  He added
that no one, including President Obama, could stop Israel if
it sensed an existential threat -- noting his belief that
Israel has operational plans on the shelf.

¶7. (S/NF) SecDef cited an Israeli military exercise that flew
842 kilometers to Greece, pointing out the distance between
Israeli air bases and Iran's nuclear reactor is 840
kilometers.  Berlusconi took the point, and asked the U.S. to
exert strong leadership in pressuring Iran.  He added that
Iranian actions against protesters were morally unacceptable
and he cautioned that sanctions should not target the general
population but instead aim to weaken the government.  SecDef
explained the manifold business interests of the IRGC --
Ahmadinejad's ""storm troopers"" -- and his confidence that
sanctions could be targeted against them without
significantly harming the people.

¶8. (S/NF) Berlusconi noted that Italian businesses have had
interests in Iran for 50 years.  He referred to a
particularly lucrative contract between the Italian energy
company ENI and Iran that must be fulfilled in light of
significant penalties for non-compliance.  He asserted,
however, that ENI has chosen not to renew the contract
because of concerns about Tehran's actions.  Berlusconi
recounted conversations with Russia, saying he had lobbied
them against missile production that can aid the Iranian
military.  Berlusconi said he would soon attend an EU Summit
to address Iran, believing that a preemptive strike by
Israeli on Iran would be disastrous.  SecDef appreciated
Berlusconi's sense of urgency, reminding him that history has
consistently shown that tyrants are clear about their
intentions and noting Ahmadinejad's promise to wipe Israel
from the map.

----------------
Israel-Palestine
----------------

¶9. (S/NF) Berlusconi explained his efforts to get
Palestinians back to the negotiating table by offering to
host the negotiations and pay for all the costs.  He detailed
an idea he had introduced in 1994 about a ""Marshall Plan"" for
the region, whereby he would entice the world's biggest
companies and hotels to invest in the West Bank and build an
airport there.  He doubted Israel would allow investment to
happen given the current circumstances, but said the offer is
still on the table.  SecDef agreed that we must work together
and stated that the Middle East Peace Process would be one of
President Obama's highest priorities in 2010.  Berlusconi
argued that the issue has global implications.  SecDef
concurred, noting that the global security environment is as
complex as ever.  He noted that we keep adding new problems
like piracy to the list of challenges without solving the old
ones.

------
Africa
------

¶10. (C) In a brief exchange, Berlusconi noted his concern
about the Horn of Africa.  Because of Italy's colonial

experience in Somalia, Ethiopia and Eritrea, it had an acute
understanding of the depravity of the region that allows
problems like piracy to take root. SecDef commented that
much of Africa had looked to the Soviet model in the
post-colonial period -- an unfortunate choice that guaranteed
poverty, and an error from which most of Africa has not yet
recovered.

-----
China
-----

¶11. (S/NF) Berlusconi recounted a recent trip to China by his
daughter, a recent U.S. college graduate, which left her
distraught. He explained that between urban migration and
university graduates, China is adding 24M workers to its
workforce each year. Italy has 23M workers in its entire
economy -- in other words, China annually increases it
workforce by the total size of Italy's. Berlusconi noted
that many Italian companies will withdraw tenders if
competing against a Chinese company, especially in Africa.
SecDef noted that China has two major challenges. First, in
Africa, natural resource extraction using imported Chinese
labor is causing significant resentment among African hosts.
Second, in order to add 20-30M jobs to its workforce yearly,
China must grow its GDP by 8-10 percent each year. SecDef
added that the source of internal stability in China is an
improving quality of life for its citizens, and that Chinese
leaders are ""scared to death"" that this is not sustainable.

-----------
Romano Case
-----------

¶12. (S/NF) In closing, SecDef asked Berlusconi for his
assistance in affirming U.S. jurisdiction over Colonel
Romano, one of the defendants in the Abu Omar case, under the
NATO SOFA. Berlusconi and Cabinet Advisor Letta assured
SecDef the GOI was working hard to resolve the situation.
Berlusconi gave an extended rant about the Italian judicial
system -- which frequently targets him since it is ""dominated
by leftists"" as the public prosecutor level. Berlusconi
predicted that the ""courts will come down in our favor"" upon
appeal, noting that higher-level appellate courts are
significantly less politicized than local courts.

¶13. (U) SecDef has cleared this cable. Drafted by OSD Staff.
DIBBLE
  "

Media

• Add media item for this cable...

Comments