**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION and AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>       Plaintiffs,<br><br>    v.<br><br>DEPARTMENT OF STATE,<br><br>       Defendant. | No. 1:11-CV-01072 (CKK) |

**[PROPOSED] ORDER**

Upon the consideration of Defendant's Motion for Summary Judgment, Plaintiffs' Cross-Motion for Summary Judgment, and related filings, it is hereby:

ORDERED that Defendant's Motion for Summary Judgment is DENIED.

ORDERED that Plaintiffs' Cross-Motion for Summary Judgment is GRANTED.

The Department of State shall produce in full all records responsive to Plaintiffs' Freedom of Information Act request.

SO ORDERED.

Dated:

_____
HON. COLLEEN KOLLAR-KOTELLY
United States District Judge